In the Matter of the Application of RUDY'S NEW YORKER, INC., for an Order Directing EVERETT FROOKS, an Attorney at Law, to Turn over Moneys in His Possession Held in Trust for the Payment of Creditors' Debts. EVERETT FROOKS, Appellant; RUDY'S NEW YORKER, INC., Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

In the Matter of the Application of MAX LOURIE, an Attorney at Law of THE STATE OF NEW YORK, to Enforce the Lien of Said Attorney for Services Rendered to the Plaintiff in an Action Entitled " JACOB WURTZEL, Plaintiff, against METRO-POLITAN LIFE INSURANCE COMPANY, Defendant." MAX LOURIE, Appellant; JACOB WURTZEL and Others, Respondents.— The statutory lien of an attorney is not limited to the proceeds of the action in which the services are rendered but attaches to his " client's cause of action " and to any recovery thereon even though in a different action. (See section 475 of the Judiciary Law and *Matter of Board of Water Supply of City of New York*, 179 App. Div. 877.) Order unanimously reversed with twenty dollars costs and disbursements to the appellant, and the matter remitted to Hon. James A. O'Gorman, official referee, to be disposed of on the merits. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM WERBELOVSKY, Plaintiff, Respondent, and LUKCITY, INC., and Others, Plaintiffs, Intervenors, Respondents, v. SAMUEL STRAUSBERG and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM WERBELOVSKY, Plaintiff, Respondent, and LUKCITY, INC., and Others, Plaintiffs, Intervenors, Respondents, v. SAMUEL STRAUSBERG and Others, Defendants, Impleaded with THEODORE GUTMAN and GEORGE GOLDBERG, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EFFIE ANCELEVITZ and NATHAN S. ANCELL, as Trustee, Respondents, for an Order for the Inspection of the Books of WILLIAM GOLDENBLUM & Co., INC., Pursuant to Article 78 of the Civil Practice Act, against WILLIAM GOLDENBLUM & Co., INC., a Domestic Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MINNA FRANK NEWMAN, Appellant, v. STEPHEN LANG NEWMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.